In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Necessary for the Improvement of the Waterfront of Upper New York Bay in the Borough of Brooklyn.

FRANK C. B. PAGE et al., as Executors and Trustees under the Will of EVA M. B. LANE, Deceased, Respondents.

(Argued September 29, 1930; decided October 14, 1930.)

*Arthur J. W. Hilly, Corporation Counsel (Henry W. Mayo* of counsel), for appellant.

*Eli J. Blair* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., and KELLOGG, J.